# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

JAMES WILLIAMS                                   CIVIL ACTION NO. 15-2266-P

VERSUS                                           JUDGE S. MAURICE HICKS, JR.

CITY OF SHREVEPORT, ET AL.                       MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 17), and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Defendants City of Shreveport and Willie Shaw's Motion for Summary Judgment (Record Document 14) be and is hereby **GRANTED**, and Plaintiff James Williams' 42 U.S.C. § 1983 claims are is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 2nd day of December, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE